**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
GEICO General Insurance Company,            :
                                            :
                Plaintiff,                  :         20-CV-3641 (OTW)
                                            :
         -against-                          :         ORDER
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
                Defendant.                  :
                                            :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The mediator's proposal provided during the conference on November 5, 2020 was not accepted. Accordingly, by separate order the Court will adopt the proposed case management plan submitted by the parties. Parties are further directed to submit a joint status letter every 30 days with the first letter due by December 21, 2020.

**SO ORDERED.**

Dated: November 19, 2020
   New York, New York

                   _s/ Ona T. Wang_
                   **Ona T. Wang**
                   United States Magistrate Judge